**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00362-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC, Appellant**

**V.**

**SIDNEY WICKS, AS TRUSTEE OF THE
SIDNEY WICKS REVOCABLE TRUST, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-15435**

## ORDER

We **GRANT** appellant's October 22, 2013 unopposed second motion for an extension of

time to file its reply brief.  Appellant shall file its reply brief on or before November 20, 2013.


/s/      ADA BROWN
         JUSTICE